UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO.: 0:26-CR-00033-DLB-EBA

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          **ENTRY OF APPEARANCE**

TIMMY G. ROBINSON, JR.                                          DEFENDANT

Comes now Hon. Michael B. Fox, Attorney at Law, and enters his appearance on behalf of Defendant, Timmy G. Robinson, Jr., in the above-styled action and requests that the Court and all counsel of record take notice of this appearance and direct all correspondence, pleadings, motions, orders, and other documents in connection with this matter to the undersigned at the address and contact information listed below.

Respectfully Submitted,

/s/ Michael B. Fox____
Michael B. Fox
Fox Law Office
P.O. Box 1450
Olive Hill, KY 41164
(606) 286-5351
(606) 286-5352 (fax)
mike@foxlaw1.com
*Counsel for Defendant,*
*Timmy G. Robinson Jr.*

1

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael B. Fox_____