UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND


CRIMINAL ACTION NO.:0:26-CR-00033-DLB-EBA

UNITED STATES OF AMERICA                                    PLAINTIFF


V.          **REQUEST FOR *BRADY* EVIDENCE AND OTHER EXCULPATORY EVIDENCE AND INFORMATION**


TIMMY G. ROBINSON, JR.

                                                           DEFENDANT


    Come now the Defendant, Timmy G. Robinson, Jr. by counsel, and requests the

production of evidence pursuant to the decision in *Brady v. Maryland*, 373 U.S. 83

(1963), as well as evidence and information pursuant to Kentucky Supreme Court Rule

3.130(3.8) , and 28 U.S.C. § 530B[1].  Under *Brady*, the Government should disclose any

evidence in its possession that is both favorable to the Defendant and material to the issue

of guilt or punishment, and which is not otherwise covered by Defendant's request under

Rule 16(a) and motion pursuant to the Jencks Act.  Under SCR 3.130(3.8) and U.S.C. §

530B, prosecutors should disclose all evidence or information known to them that tends

to negate guilt of  the Defendant or mitigate the offense, or in connection with sentencing

disclose all known unprivileged mitigating information to the Court and Defendant.

Specifically, this request includes, but is not limited to disclosure of the existence of

---

[1]Disclosure of such evidence and information is further supported by the United States Attorneys' Manual 9-5.001 and LCrR 57.3 (imposing the duty to adhere to Kentucky Supreme Court rules governing professional conduct).  See also *Cone v. Bell*, 556 U.S. 449, 470 (2009) (noting that the "obligation to disclose evidence favorable to the defense may arise more broadly under a prosecutor's ethical or statutory obligations").

witnesses favorable to Defendant, witness statements favorable to Defendant, evidence

tending to affect the credibility of evidence to be used by the Government, promises of

non-prosecution made to a Government witness, any other arrangement between the

Government and a witness that is beneficial in any way to the witness, and any other

evidence exculpatory of Defendant.  This evidence should be disclosed to Defendant in

time for effective use of such evidence at trial.

Respectfully Submitted,


/s/ Michael B. Fox_____
Michael B. Fox
Fox Law Office
P.O. Box 1450
Olive Hill, KY 41164
(606) 286-5351
mike@foxlaw1.com
Counsel for Defendant,
Timmy G. Robinson, Jr.


CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to the following or by first class mail to any non-CM/ECF participants.


/s/ Michael B. Fox_____